UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARY BLACK, individually and on behalf of all others similarly situated,<br><br>              *Plaintiff*,<br><br>v.<br><br>FRONTIER UTILITIES, LLC, a Texas limited liability company,<br><br>              *Defendant*. | Case No.: 1:15-cv-01234-SJ<br><br>Date Filed: March 10, 2015<br><br>Hon. Sterling Johnson, Jr.<br><br>**Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

**PLEASE TAKE NOTICE** that Plaintiff Mary Black ("Plaintiff"), by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Frontier Utilities, LLC ("Defendant"). In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed the instant action on March 10, 2015. (Dkt. 1.)

2. Fed. R. Civ. P. 41(a)(1)(A) provides, in relevant part, that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendant has not filed an answer nor a motion for summary judgment in this action.

4. Accordingly, the action may be dismissed *without prejudice* and without an order of the Court.

Dated: June 15, 2015

Respectfully submitted,

**MARY BLACK**, individually and on behalf of all others similarly situated,

By: /s/ Matthew Wurgaft
Matthew Wurgaft (MW1734)
mwurgaft@kravisfile.com
KRAVIS & FILE, P.C.
201 Washington Street
Newark, New Jersey 07102
Tel: 201.340.2664
Fax: 201.340.2666

Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin H. Richman*
brichman@edelson.com
Courtney C. Booth*
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan L. Coleman*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

**Pro hac vice* admission to be sought.*